AUGUST 22, 2012

No. 11–10563.  HIX *v.* UNITED STATES.  C. A. 10th Cir.  Certiorari dismissed under this Court's Rule 46.

No. 12–5906 (12A173).  BALENTINE *v.* THALER, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION.  C. A. 5th Cir.  Application for stay of execution of sentence of death, presented to JUSTICE SCALIA, and by him referred to the Court, granted pending disposition of the petition for writ of certiorari.  Should the petition for writ of certiorari be denied, this stay shall terminate automatically.  In the event the petition for writ of certiorari is granted, this stay shall terminate upon the sending down of the judgment of this Court.

AUGUST 31, 2012

No. 11A1029.  LAWRENCE *v.* UNITED STATES.  Application for certificate of appealability, addressed to JUSTICE KENNEDY and referred to the Court, denied.

No. 12A141 (12–5375).  CORNICK *v.* BYONG YU.  C. A. 9th Cir. Application for stay, addressed to THE CHIEF JUSTICE and referred to the Court, denied.

No. 12A145.  KWASNIK *v.* MAINE.  Sup. Jud. Ct. Me.  Application for stay, addressed to THE CHIEF JUSTICE and referred to the Court, denied.